ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Oscar Gonzalez de Llano
Special Assistant United States Attorney
Social Security Administration
Program Litigation 1
Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4818
Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELINA CASSANDRA RAMOS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 1:26-cv-00958-JLT-GSA<br><br>STIPULATED MOTION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

Defendant respectfully moves for an extension of thirty (30) days from today to respond to Plaintiff's Motion for Summary Judgment in this case. Plaintiff's counsel was contacted and indicated their willingness to stipulate to this extension request. This is Defendant's first request for an extension in this case and is based on the following.

Good cause exists for this request. Plaintiff filed their Motion for Summary Judgement on May 29, 2026 making the Defendant's response due June 29, 2026. Counsel for Defendant today became aware that I missed that Plaintiff had filed their response and thus failed to calendar that a response was due. The undersigned Counsel apologizes to the Court and Plaintiff's counsel for

my oversight and the resulting delay that this has caused. Counsel for Defendant respectfully requests an additional 30 days from today (new due date would be August 7, 2026) to file its response to Plaintiff's Motion for Summary Judgement. Defendant respectfully requests this additional time because Counsel for Defendant will be unable to devote the time required to complete its response immediately given competing workload requirements and scheduled upcoming leave including being out of the July 9th and 10th. An extension until August 7, 2026 will provide the opportunity for the undersigned Counsel for Defendant properly devote the time required to complete its response to Plaintiff's Motion for Summary Judgment. The undersigned Counsel once again apologizes to the Court and Plaintiff's counsel for any inconvenience caused by this delay due to my oversight. All other dates in the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,

ERIC GRANT
United States Attorney

DATE: July 8, 2026 By: _s/ Oscar Gonzalez de Llano_
OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney
Attorneys for Defendant

Respectfully submitted,

DATE: July 8, 2026 By: _s/ Dolly M. Trompeter_
DOLLY M TROMPETER, ESQ.
Peña & Bromberg, PLC
Attorney for Plaintiff
(*as authorized by email)

ORDER

Pursuant to Defendant's Motion, IT IS SO ORDERED that Defendant shall have an extension, up to and including August 7, 2026, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated: **July 11, 2026** **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE